STATE OF MAINE                                    SUPERIOR COURT
CUMBERLAND, ss                                    CIVIL ACTION
                                                  DOCKET NO. CV-18-214

DON NICHOLS BUILDING
CONTRACTOR, INC.,

        Plaintiff

v.                                                ORDER ON MOTION
                                                  FOR ATACHMENT
MICHAEL A. LIBERTY,
et al.,

STATE OF MAINE
Cumberland ss Clerk's Office

AUG 03 2018 4:15 PM

RECEIVED

        Defendants

        Before the court is plaintiff's motion for attachment. Based on the pleadings and the

affidavits of Donald O. Nichols, III and Richard A. Liberty, the court does not conclude plaintiff

has shown both the likelihood of success in the underlying suit and the likelihood of recovering

the amount of $59,226.71 against defendants. Estate of Summers v. Nisbet, 2016 ME 88, ¶ 6, 141

A.3d 1109.

        The entry is

        Plaintiff's Motion for Attachment is DENIED.

Date: August 2, 2018                    _____
                                        Nancy Mills
                                        Justice, Superior Court